# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. H-13-1218 |
| JOE ANTHONY ALANIZ, Individually, and d/b/a Press Box d/b/a The Press Box Bar & Grill | § | |
| Defendant. | § | |

## ORDER

The docket call scheduled for Wednesday, December 17 at 3:30 p.m. is converted to a hearing on the pending motion for summary judgment, (Docket Entry No. 23). If Alaniz does not appear and show cause for his failure to respond to the motion for summary judgment, the requests for admission, and the court's prior orders, the court will grant J&J's motion for summary judgment.

SIGNED on December 12, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

1